Steven DIAZ, Petitioner–Appellant,

v.

Derral G. ADAMS, Respondent–
Appellee.

No. 08–15808.

United States Court of Appeals,
Ninth Circuit.

Jan. 27, 2012.

Michael Bradley Bigelow, Esquire, Sac-
ramento, CA, for Petitioner–Appellant.

Before: PROCTER HUG, JR. and
MILAN D. SMITH, JR., Circuit Judges,
and JAMES DALE TODD, Senior District
Judge.*

**ORDER**

This case is now controlled by the Su-
preme Court's decision in *Harrington v.
Richter*, — U.S. ——, 131 S.Ct. 770, 178
L.Ed.2d 624 (2011). In light of *Harring-
ton*, we conclude that the state court's
decision was neither contrary to, nor in-
volved an unreasonable application of,
clearly established law as determined by
the Supreme Court of the United States.
Accordingly, we affirm the district court's
denial of the petition for a writ of habeas
corpus.

**AFFIRMED.**